## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gabriella Zarrelli v. Ross University of Veterinary Medicine, et al.

Case Number: 1:22-cv-01277

An appearance is hereby filed by the undersigned as attorney for:

Gabriella Zarrelli

Attorney name (type or print): Keith Altman

Firm: The Law Office of Keith Altman

Street address: 33228 West 12 Mile Road, Suite 375

City/State/Zip: Farmington Hills, MI 48331

Bar ID Number: P81702
(See item 3 in instructions)

Telephone Number: (248) 987-8929

Email Address: keithaltman@kaltmanlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 11, 2022

Attorney signature: S/ Keith Altman

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015