# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GABRIELLA ZARRELLI, *PLAINTIFF*, v. ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE, ADTALEM GLOBAL EDUCATION, INC, DR. LUCAS NOLAZCO-SASSOT, individually and in his official capacity, and DOES 1 - *DEFENDANTS*. | CASE NO. 1:2022-cv-01277 PLAINTIFF'S STATUS REPORT |

Plaintiff herewith submits the following status report, as ordered by the Court on April 19, 2022.

1. Plaintiff filed her Complaint on March 10, 2022.

2. Defendants filed their Notice of Waiver of Service on March 31, 2022.

3. Defendants' response to the Complaint is due on or before May 13, 2022.

4. Plaintiff requests that the Case Management Conference scheduled for May 5, 2022, at 9:05 a.m. be continued to July 15, 2022, so that the Defendants may respond to the Complaint and so that the parties have the opportunity to settle the pleadings.

Date: April 25, 2022         Respectfully Submitted,

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com