## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Gabriella Zarrelli

                                                    Plaintiff,

v.                                                               Case No.: 1:22–cv–01277

                                                                Honorable Matthew F. Kennelly

Ross University School of Veterinary Medicine, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic status hearing set for 5/5/2022 is vacated and reset to 5/18/2022 at 9:20 AM, using the following call–in number: 888–684–8852, access code 746–1053. Plaintiff's request to reset the case to mid–July is overruled. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.