# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gabriella Zarrelli v. Ross University School of Veterinary Medicine, et al.

Case Number: 1:22-cv-01277

An appearance is hereby filed by the undersigned as attorney for:

Defendants Ross University School of Veterinary Medicine, Adtalem Global Education, Inc. and Dr. Lucas Nolazco-Sassot

Attorney name (type or print): David G. Weldon

Firm: Barnes & Thornburg LLP

Street address: One N. Wacker Drive, Suite 4400

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6307293
(See item 3 in instructions)

Telephone Number: 312-214-4815

Email Address: david.weldon@btlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 13, 2022

Attorney signature: S/ David G. Weldon

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015