# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GABRIELLA ZARRELLI, <br><br> Plaintiff, <br><br> vs. <br><br> ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE, ADTALEM GLOBAL EDUCATION, INC., DR. LUCAS NOLAZCO-SASSOT, and DOES 1 - , <br><br> Defendants. | Case No.: 22-cv-01277 <br><br> Hon. Matthew Kennelly |

## DEFENDANTS' MOTION TO DISMISS

Defendants Ross University School of Medicine, Adtalem Global Education, Inc., and Dr. Lucas Nolazco-Sassot (collectively, "Defendants"), move this Court to dismiss all of Plaintiff Gabriella Zarrelli's ("Plaintiff") claims on the grounds of *forum non conveniens.* Defendants further move for dismissal of Plaintiff's claim against Defendant Dr. Lucas Nolazco-Sassot for lack of personal jurisdiction pursuant to Fed. R. Civ. Pro. 12(b)(2). In support of this Motion, Defendants submit the accompanying Memorandum of Law.

This entire action should be dismissed on the grounds of *forum non conveniens* because the Northern District of Illinois is not a proper forum for this case, which involves state laws claims brought by a resident of New York against a veterinary school located on the Caribbean island nation of St. Kitts and one of its former professors. All of the claims arise from events that occurred locally in St. Kitts while Plaintiff lived and attended classes at the school in that nation.

The single claim of negligence asserted against Dr. Nolazco-Sassot[1] should be dismissed for the additional reason that the Court lacks personal jurisdiction over him, given that he is a resident of Argentina who has had no contacts with Illinois and has only set foot in Illinois once, when he travelled through O'Hare International Airport.

WHEREFORE, for the reasons set forth herein and in Defendants' accompanying Memorandum of Law, Defendants respectfully request that the Court dismiss all of Plaintiff's claims and grant Defendants any other relief the Court deems appropriate. Should this Motion be denied, Defendants request twenty-one (21) days to further plead, move or otherwise respond to the Complaint consistent with the Federal Rules of Civil Procedure and Local Rules of this Court.[2]

Dated: May 13, 2022

Respectfully Submitted,

**ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE, ADTALEM GLOBAL EDUCATION, INC., and DR. LUCAS NOLAZCO-SASSOT**

By: /s/ *Christina M. Janice*
    One of Their Attorneys

Christina M. Janice
David G. Weldon
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel. (312) 357-1313
Christina.Janice@btlaw.com
David.Weldon@btlaw.com

---

[1] Dr. Nolazco-Sassot agreed to waive service of summons and has appeared through counsel solely for purposes of contesting personal jurisdiction and forum, in accordance with Fed. R. Civ. P. 12 and the express language of the waiver of service form, i.e., "I understand that I . . . will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action . . . ." (Dkt. 5.)

[2] Plaintiff's claims are also subject to dismissal under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In the interests of judicial economy and efficiency, and in accordance with Fed. R. Civ. P. 12(h)(2), Defendants are not presently moving for dismissal on that additional basis. However, in the event that the Court denies Defendants' present motion to dismiss in whole or in part, Defendants anticipate seeking leave to file a motion to dismiss for failure to state a claim, or alternatively filing a motion for judgment on the pleadings on the equivalent basis.

- 3 -

**CERTIFICATE OF SERVICE**

  I certify that on May 13, 2022, the foregoing document was filed electronically through the Court's CM/ECF system, which sent notification of such filing to Plaintiff's counsel:

>Keith Altman
>The Law Office of Keith Altman
>33228 West 12 Mile Road, Suite 375
>Farmington Hills, Michigan 48331
>keithaltman@kaltmanlaw.com

              */s/ Christina M. Janice*
              *One of the Attorneys for Defendants*