# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIELLA ZARRELLI,<br><br>      Plaintiff,<br><br>vs.<br><br>ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE, ADTALEM GLOBAL EDUCATION, INC., DR. LUCAS NOLAZCO-SASSOT, and DOES 1 - ,<br><br>      Defendants. | Case No.: 22-cv-01277<br><br>Hon. Matthew Kennelly |

## **DECLARATION OF DR. LUCAS NOLAZCO-SASSOT**

I, Dr. Lucas Nolazco-Sassot, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that I have personal knowledge of the following facts, which are true and correct:

1. I am 34 years old.

2. I currently live in Argentina and am self-employed.

3. I have read Plaintiff Gabriella Zarrelli's Complaint in this lawsuit.

4. From August 2018 until January 2022, I was employed as a Professor at Ross University School of Veterinary Medicine ("RUSVM").

5. RUSVM is located on St. Kitts island, which is part of St. Kitts and Nevis, a foreign nation located in the Caribbean Sea.

6. While employed at RUSVM, I lived on St. Kitts.

7. I have never resided in Illinois.

8. Other than once traveling through O'Hare International Airport, I have never traveled to or to my knowledge through Illinois.

9. I do not own any real or personal property located in Illinois.

10. I do not have any bank accounts or other accounts located in Illinois.

11. I have never transacted or done any business in Illinois.

12. I have never communicated with anyone in Illinois about Plaintiff Gabriella Zarrelli, or about any other fact or issue involved in this lawsuit, other than with Defendants' attorneys in this case after the lawsuit was filed and service of summons was waived.

13. I have had no other contact with Illinois.

_____
Dr. Lucas Nolazco-Sassot

Date: May 11, 2022

2

Scanned with CamScanner