**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GABRIELLA ZARRELLI,<br><br>      Plaintiff,<br><br>vs.<br><br>ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE, ADTALEM GLOBAL EDUCATION, INC., DR. LUCAS NOLAZCO-SASSOT, and DOES 1 - ,<br><br>      Defendants. | Case No.: 22-cv-01277<br><br>Hon. Matthew Kennelly |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants Ross University School of Veterinary Medicine and Adtalem Global Education, Inc., pursuant to Local Rule 3.2, state as follows:

1. Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited (St. Kitts), is a wholly owned subsidiary of Ross University Management, Inc. (St. Lucia), which in turn is a wholly owned subsidiary of Global Education International, Inc. (Barbados), which in turn is an indirect, wholly owned subsidiary of Adtalem Global Education Inc. (Delaware).

2. Adtalem Global Education Inc. is a public company that is traded on the New York Stock Exchange and has no affiliates.

Dated: May 13, 2022      Respectfully Submitted,

                            **ROSS UNIVERSITY SCHOOL OF VETERINARY
                            MEDICINE and ADTALEM GLOBAL EDUCATION, INC.**

                        By:    */s/ Christina M. Janice*
                                 One of Their Attorneys

                                 Christina M. Janice
                                 David G. Weldon
                                 BARNES & THORNBURG LLP
                                 One North Wacker Drive, Suite 4400
                                 Chicago, Illinois  60606
                                 Christina.Janice@btlaw.com
                                 David.Weldon@btlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, the foregoing document was filed electronically through the Court's CM/ECF system, which sent notification of such filing to Plaintiff's counsel:

>Keith Altman
>The Law Office of Keith Altman
>33228 West 12 Mile Road, Suite 375
>Farmington Hills, Michigan 48331
>keithaltman@kaltmanlaw.com

*/s/ Christina M. Janice*