## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Gabriella Zarrelli

                                          Plaintiff,

v.                                                             Case No.: 1:22–cv–01277

                                                            Honorable Matthew F. Kennelly

Ross University School of Veterinary Medicine, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 5/18/2022. Plaintiff's counsel is directed to designate local counsel by 5/25/2022. Plaintiff's response to the defendants' motion to dismiss [11] is due 7/5/2022; defendants' reply is due 7/26/2022. A telephonic status hearing is set for 8/4/2022 at 9:00 a.m. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.